# LAW OFFICES OF NOLAN KLEIN, P.A.   ATTORNEYS & COUNSELORS

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

www.nklegal.com

Hector V. Ramirez, Esq.
ramirez@nklegal.com

February 6, 2020

**VIA ECF**
Honorable Magistrate Judge Barbara Moses
500 Pearl Street, Room 740
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/2020

MEMO ENDORSED

>    Re:   *Gonzalez v. Mansfield Hotel Associates, L.P.*
>          SDNY Case No.: 1:19-cv-09073

Dear Magistrate Judge Moses:

    This law firm represents the Plaintiff, Jesus Gonzalez, in the above-captioned case. An initial pretrial conference is scheduled for February 11, 2020 at 10:00 a.m.

    Plaintiff hereby notifies this Court that a settlement in principle has been reached in the above-captioned matter. Counsel for parties are in the process of finalizing settlement and request thirty (30) days for Plaintiff to file a Notice of Dismissal with Prejudice, or, in the alternative, to request that the case be restored to the active docket. As such, the parties hereby request that all pending deadlines be suspended and the initial pretrial conference scheduled for February 11, 2020, be adjourned *sine die.*

    We thank the Court for your time and consideration in this matter.

Application GRANTED. The initial conference scheduled for February 11, 2020, is ADJOURNED *sine die*. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
February 7, 2020

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:   */s/ Hector V. Ramirez*
     HECTOR V. RAMIREZ, ESQ.
     (HR3270)

HVR/amd
cc: Bran Noonan, Esq. and Elliot D. Buckman, Esq. (via ECF)