USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-19-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GONZALEZ,<br><br>                          Plaintiff,<br><br>    -against-<br><br>MANFIELD HOTEL ASSOCIATES, L.P.,<br><br>                         Defendant. | 19-cv-09073 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    February 19, 2020
               New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**