```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/24/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------  x
                                                             :
**GONZALEZ,**                                                :
                                                             :
                   **Plaintiff,**        :
                                                             :
        **-against-**                                  :
                                                             :
**MANDSFIELD HOTEL ASSOCIATES,**                             :    **19-cv-9073 (ALC)**
**L.P.,**                                                    :
                                                             :    **ORDER**
                  **Defendants.**       :
                                                             :
-----------------------------------------------------------  x

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by May 7, 2020.

**SO ORDERED.**

**Dated:**  April 24, 2020

    **New York, New York**                          **ANDREW L. CARTER, JR.**
                                                                               **United States District Judge**