USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GONZALEZ,<br><br>                             **Plaintiff,**<br><br>-against-<br><br>MANSFIELD HOTEL ASSOCIATES, L.P.,<br><br>                             **Defendant.** | 19-cv-9073 (ALC)<br><br>**<u>ORDER OF DISCONTINUANCE</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   May 27, 2020
            New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**